UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BEVERLY M. MCCOLLOCH,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Civil No. 3:11-CV-05262-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (ECF No. 15), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 1, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including December 15, 2011, to file a reply brief; and

- Oral argument, if desired, shall be requested by December 22, 2011.

DATED this 4th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　_/s/ J. Richard Creatura_
　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:11-CV-05262-BHS-JRC]