UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEVERLY M MCCOLLOCH,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration<br><br>                Defendant. | CASE NO. 11-cv-5262-BHS-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the parties' stipulated motion to remand the matter to the administration for further consideration. (ECF No. 19.)

After reviewing the parties' stipulated motion and the relevant record, the undersigned recommends that the Court grant the parties' motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Based on the stipulation of the parties, the undersigned recommends that case be reversed and remanded for further administrative proceedings, including but not limited to the following: The administrative law judge assigned to this matter following remand (the "ALJ") should evaluate all medical and non-medical opinions of record and articulate the weight given to each opinion, including the opinions of Dr. Lindahl and Michael Myers; evaluate the severity of plaintiff's impairments, including her subjective complaints and allegations; clearly specify the period addressed by the decision and provide an explanation regarding reopening of any prior final decisions; offer plaintiff an opportunity for a new hearing, including obtaining supplemental medical and vocational expert testimony as necessary; and, issue a new decision.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Following proper presentation, the Court should consider plaintiff's application for costs and attorney's fees pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment should be for plaintiff and the case should be closed.

Dated this 5th day of December, 2011.

J. Richard Creatura
United States Magistrate Judge